U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Nov 03 - 2025**

John M. Domurad, Clerk

NOV 3 2025 PM1:42

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joshua Malave-Sykes, Pro Se | ) |
| Plaintiff(s) | ) |
| | ) |
| vs. | ) |
| Children's Home Of Wyoming Conference, Geroge T. Derrody, CEO | ) |
| | ) |
| Defendant(s) | ) |

**Civil Case No.:** 3:25-cv-1547 (AMN/DJS)

**CIVIL COMPLAINT PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT, AS AMENDED**

Plaintiff(s) demand(s) a trial by: ✔ JURY ☐ COURT   (Select only one).

## JURISDICTION

1.  Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2.  Plaintiff: Joshua Malave-Sykes, Pro Se

    Address: 15 Delaware Avenue, Apartment No. 215

    Endicott, New York 13760

    607 -476 - 3834

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: Children's Home of Wyoming

    Official Position: Owner

    Address: 1182 Chenango Street

    Binghamton, New York 13901

    607 - 772

b.    **Defendant:** _____

**Official Position:** _____

**Address:** _____

_____

_____

4.    This action is brought pursuant to:

[✔] Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.*, and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

[ ] Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

(A)    [✔]    My race or color.
(B)    [ ]    My religion.
(C)    [ ]    My sex (or sexual harassment).
(D)    [ ]    My national origin.
(E)    [ ]    My pregnancy.
(F)    [ ]    Other: DISABILITY _____ .

7.    The conduct complained of in this action involves:

(A)    [ ]    Failure to employ.
(B)    [✔]    Termination of employment.
(C)    [ ]    Failure to promote.
(D)    [ ]    Unequal terms and conditions of employment.
(E)    [ ]    Reduction in wages.
(F)    [✔]    Retaliation.
(G)    [✔]    Other acts as specified below:
             Violation of Privacy laws _____

             failure to pay overtime wages _____

8.                              **FACTS**

Set forth the facts of your case which substantiate your claims. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Unlawful employment practices base on three (3) grievances i filed alleging overtime wage violations, harassment from Supervisor Weldon Sickler, and violation of privacy laws disclosing plaintiff's legal issues without his permission or consent on going cases in the Courts.

9.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Unlawful termination of employment on grounds plaintiff filed three (3) grievances to be compensated for overtime wages. Defendant with held plaintiff's overtime wages as an excuse for providing plaintiff with rides home after he finished his graveyard shift because the public transportation in which plaintiff relies has no services at that time. Whish is act of blatant retaliation in violation of 42 USC Section 12203, and 29 CFR Section 1630.12, and the Fair Labor Standard Act 29 USC Section 201, anti-retaliatory provisions.

## SECOND CAUSE OF ACTION

Because plaintiff complained of constant harassment and verbal abuse by Supervisor Weldon Sickler, who constantly threaten plaintiff with termination if refused to work pass his schedule 8 shift duties. . Also, Supervisor Weldon Sickler issues threats, intimidations, and profanities towards plaintiff daily for refusing to perform work outside the scope of his assigned work duties a violation of 42 USC Section 2000e Plaintiff was ultimately unlawfully terminated of his employment on February 19, 2025, in arbitrary and capricious decision by Derrick Russell, Board of Director; George Dermody CEO; Kala Thetga, Human Resource Director; Weldon Sickler, Supervisor; Daniel Thomas, Maintnance Supervisor. The defendants misrepresented the basis for their termination that plaintiff was attempting to create self impose overtime wages and he was the problem maker even though having a spotless employment record with defendant having no blemishes on his employment record. The defendants lied and stated that reasons for plaintiff's termination is because he was at the end of his probation period and the company decided to go in another directions which very suspect explanation.

## THIRD CAUSE OF ACTION

Supervisor Weld Sickler, frequently broadcasted plaintiff's legal issues pending in the courts and made a majority of the plaintiff's co-workers aware of his plaintiff's pending courts actions which is a violation of New York State and Federal privacy laws

10.    I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

_____
(Provide Date)

11.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

_____August 1, 2025_____
(Provide Date)

12.    The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13.    The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14.    The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:
Grant submission of this Title VII Complaint pursuant to 42 USC Section 2000e, for the unlawful discriminatory employment practices alleged in this complaint and other furrher relief this Court deems just and equitable

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11-03-25

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010